IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TERRY DALE CARNES, TDCJ-CID No. 1756290, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS TECH MEDICAL, *et al.*, <br><br> Defendants. | 2:24-CV-134-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to deny Plaintiff's Motion asking the Court to place him in federal protective custody. ECF No. 13. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 15. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Motion is **DENIED**.

**SO ORDERED.**

March 12, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE