IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TERRY DALE CARNES,

      Plaintiff,

v.

                                      2:24-CV-134-Z-BR

TEXAS TECH MEDICAL, *et al.*,

      Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the findings, conclusions and recommendations ("FCR") of the United States Magistrate Judge (ECF No. 59) to grant the Motion to Dismiss filed by Defendants Texas Department of Criminal Justice and Texas Tech University Health Services Center (ECF No. 28). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct.

It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 59) is **ADOPTED** and the Motion to Dismiss filed by Defendants Texas Department of Criminal Justice and Texas Tech University Health Services Center[1] (ECF No. 28) is **GRANTED** and the claims against them are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(1). The United States District Clerk is **DIRECTED** to conform the docket, including updating the case caption to read "*Carnes v. Tijerina et al.*"[2]

---

[1] Plaintiff named "Texas Tech Medical" as a defendant. The correct name of this Defendant is Texas Tech University Health Services Center. *See* ECF No. 28 at 1 n.1.

[2] Defendant Heather Tijerina's last name is misspelled as "Tijering" in Plaintiff's Complaint. *See* ECF No. 27 at 1 n.2.

**SO ORDERED.**

April 29, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE