IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TERRY DALE CARNES,

    Plaintiff,

v.                                                                    2:24-CV-134-Z-BR

HEATHER TIJERINA, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions and Recommendations ("FCR") of the United States Magistrate Judge to dismiss Defendant Phillip J. Mendez for Plaintiff's failure to prosecute. ECF No. 72. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. Therefore, the FCR of the Magistrate Judge (ECF No. 72) is **ADOPTED** and Defendant Phillip J. Mendez is **DISMISSED WITHOUT PREJUDICE** from this case for Plaintiff's failure to prosecute.

**SO ORDERED.**

July 9, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE